1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
3  Telephone: (415) 436-7200

4  Attorneys for the United States

FILED
MAY 16 2008
CLERK
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. CR08-70286 PVT |
| Plaintiff, ) | |
| ) | NOTICE OF PROCEEDINGS ON |
| v. ) | OUT-OF-DISTRICT CRIMINAL |
| Angel Ramirez- ) | CHARGES PURSUANT TO RULES |
| Arroyo ) | 5(c)(2) AND (3) OF THE FEDERAL RULES |
| Defendant. ) | OF CRIMINAL PROCEDURE |
| ) | (under seal) |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on 5/16/08, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☒ Indictment  ☐ Information  ☐ Criminal Complaint  ☐ Other _____

pending in the _____ District of Oregon, Case Number CR08-228-HA

In that case, the defendant is charged with a violation(s) of Title(s) 18 United States Code, Section(s) 922.

Description of Charges: 922(g)(5), 924(c), 924(d), 21 USC 841(a)(1), 841(b)(1)(A), 841(b)(1)(C), 846 & 853 & 28 USC 2461(c)

Respectfully Submitted,
JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: 5/16/08

_Bryan Kennedy_
Assistant U.S. Attorney

1

# UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA

v.

ANGEL RAMIREZ-ARROYO

UNDER SEAL

## WARRANT FOR ARREST

3:08-CR-238-03-HA

To: The United States Marshal
or any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Angel Ramirez-Arroyo**

and bring him or her forthwith to the nearest magistrate to answer a(n)

**XX** Indictment __ Information __ Order of Court __ Violation Notice __ Probation Violation Petition

charging him or her with: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Meth, Cocaine, and Heroin; Possess with Intent to Distribute 500 Grams of Meth; Possess with Intent to Distribute Meth on Premises Where Children Reside; Possession of Firearms in Furtherance of a Drug Trafficking Crime; Alien in Possession of a Firearm; Criminal Forfeiture of Drugs and Guns.

in violation of Title 18 United States Code, Section(s) 922(g)(5), 924(c) & 924(d); 21 USC 841(a)(1), 841(b)(1)(A), 841(b)(1)(C), 846 and 853 and 28 USC 2461(c)

Sheryl S. McConnell
Name of Issuing Officer

K. Wright
Signature of Issuing Officer

Clerk, US District Court
Title of Issuing Officer

May 14, 2008, Portland, Oregon
Date and Location

Bail fixed at $ **PRETRIAL DETENTION REQUESTED**    by Magistrate Judge Donald C. Ashmanskas
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

Certified to be a true and correct copy
Date: 5/14/8

UNDER SEAL

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA

CR 08-229-HA

v.

INDICTMENT

18 U.S.C. §§ 922(g)(5), 924(c) and 924(d)
21 U.S.C. §§ 841(a)(1), 841(b)(1)(A),
841(b)(1)(C), 846 and 853
28 U.S.C. § 2461(c)



ANGEL RAMIREZ-ARROYO,

Under Seal

and,

Defendants.

### THE GRAND JURY CHARGES:

**Count 1**
[Conspiracy to Distribute and Possess with Intent to
Distribute Methamphetamine, Cocaine and Heroin]

From approximately July 19, 2007, the exact date being unknown to the grand jury, and continuing through May 14, 2008, in the District of Oregon and elsewhere, ███████

ANGEL RAMIREZ-ARROYO, ███████

defendants herein, and other persons whose identities are known and unknown to the grand jury, did knowingly and willfully combine, conspire, confederate, and agree to achieve the following objects of the conspiracy:

## Objects of the Conspiracy

A.  **Methamphetamine:** to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A);

B.  **Heroin:** to distribute and possess with intent to distribute heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and,

C.  **Cocaine:** to distribute and possess with intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

all in violation of Title 21, United States Code, Section 846.

### Count 2
[Possession with the Intent to Distribute Methamphetamine]

On or about May 13, 2008, in the District of Oregon, ███████████████ defendant herein, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### Count 3
[Possession with the Intent to Distribute Methamphetamine on Premises Where Children Reside]

On or about May 13, 2008, in the District of Oregon, ███████████████ defendant herein, did knowingly and intentionally possess with the

Page 2 - Indictment

intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as alleged above in Count 2, on premises in which one or more individuals under the age of 18 years was present, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 860a.

### Count 4
### [Possession of a Firearm in Furtherance of a Drug Trafficking Crime]

On or about May 13, 2008, in the District of Oregon, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, defendant herein, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, Cocaine and Heroin, as set forth in Count 1, and Possession with the Intent to Distribute Methamphetamine, as set forth in Count 2, did knowingly possess one or more of the following firearms:

   A.  SKS 7.62 caliber assault style rifle with serial number 55705-2002;

   B.  Winchester 12 gauge shotgun, serial number 1220402;

   C.  Sig Sauer .45 caliber semi-automatic handgun, model P220, serial number G157895; and,

   D.  Ruger .45 caliber semi-automatic handgun, model P90DC, serial number 562-49016;

all in violation of Title 18, United States Code, Section 924(c).

///

///

///

Page 3 - Indictment

### Count 5
### [Alien in Possession of a Firearm]

On or about May 13, 2008, in the District of Oregon, ███████████████████████ ████████████████ defendant herein, then being an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess the following firearm(s):

    A.    SKS 7.62 caliber assault style rifle with serial number 55705-2002;

    B.    Winchester 12 gauge shotgun, serial number 1220402;

    C.    Sig Sauer .45 caliber semi-automatic handgun, model P220, serial number G157895; and,

    D.    Ruger .45 caliber semi-automatic handgun, model P90DC, serial number 562-49016,

which had previously been transported in interstate commerce; all in violation of Title 18, United States Code, Section 922(g)(5).

///

///

///

Page 4 - Indictment