**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5363 |

May 16, 2008

**Clerk of Court-United States District Court**
**740 Mark O. Hatfield United States Courthouse**
**1000 Southwest Third Avenue,**
**Portland, OR 97204-2902**

Case Name:     **USA-v- Angel Ramirez-Arroyo**
Case Number:   **5-08-70286-PVT   (Your Case# 3:08-CR-228-03-HA)**
Charges:       **18:922**

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull.  The following action has been taken:

    (X)   The U.S. Marshal has been ordered to remove this defendant
          to your district forthwith.
    ( )    The defendant has a court appearance in your court on: 4/23/06

Enclosed are the following documents:
original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _____
      Case Systems Administrator

Enclosures
cc: Financial Office
-------------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____        **CLERK, U.S. DISTRICT COURT**

                                                           **By** _____
                                                                 **Deputy Clerk**