UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

FILED

Direct Court Number
408.535.5363

2008 MAY 28 P 3 48
RECVD 08 MAY 21 12:55 USDC-ORP
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

May 16, 2008

Clerk of Court-United States District Court
740 Mark O. Hatfield United States Courthouse
1000 Southwest Third Avenue,
Portland, OR 97204-2902

Case Name: **USA-v- Angel Ramirez-Arroyo**
Case Number: **5-08-70286-PVT   (Your Case# 3:08-CR-228-03-HA)**
Charges: **18:922**

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull. The following action has been taken:

(X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( )    The defendant has a court appearance in your court on: 4/23/06

Enclosed are the following documents:
original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _Cita F. Escolano_
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Date: _____

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk